UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO:   Candace E. Alston
      Counsel of Record

FROM: Judge Charles B. Day
      United States Magistrate Judge

RE:   <u>Alston v. Transunion, LLC, et al.</u>
      Civil Action No. TDC-14-1180

DATE: March 20, 2015

\* \* \* \* \* \* \* \* \*

Please be advised that a telephone conference has been scheduled for **Friday, March 27, 2015 at 2:00 p.m.** in the above-captioned matter regarding "Correspondence from Plaintiff re: Motion to Compel and Motion to Amend Scheduling Order" (ECF No. 91).

Ms. Alston and Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

Phone number:              (888) 684-8852
Access code:               5923783
Participant Security code: 8432

Please do not use speakerphones once the conference has started.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

/s/
Charles B. Day
United States Magistrate Judge