UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CHARLES B. DAY<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0393<br>FAX (301) 344-0394 |

MEMORANDUM

TO:  Counsel of Record

FROM:  Judge Charles B. Day
United States Magistrate Judge

RE:  Alston v. Transunion, LLC, et al.
Civil Action No. TDC-14-1180

DATE:  August 22, 2016

\* \* \* \* \* \* \* \* \*

This will confirm that a pre-filing discovery conference has been scheduled for **Friday, August 26, 2016 at 8:00 a.m.** in the above-captioned matter.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

Phone number:  (888) 684-8852
Access code:  5923783
Participant Security code:  1181

Please do not use speakerphones once the conference has started.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

/s/
Charles B. Day
United States Magistrate Judge